COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number: 01-14-00836-CR

Style: Michael Bisor

**v** The State of Texas

Date motion filed[*]: March 24, 2015

Type of motion: Motion to extend time for filing appellate brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

If motion to extend time:

Original due date: December 22, 2014

Number of extensions granted: 1      Current Due date: February 23, 2015

Date Requested: April 25, 2015

Ordered that motion is:

   ☑    Granted

        If document is to be filed, document due: April 27, 2015

      ☑     No further extensions of time will be granted

   ☐    Denied

**Appellant's brief was originally due on December 22, 2014. After the Clerk of this Court notified appellant that the brief was late, appellant filed a motion for extension of time, which we granted. After the Clerk of this Court sent a second notice informing appellant that his brief was once again late, appellant filed this motion for extension of time. The motion is granted. No further extensions of time will be granted. If appellant's brief is not filed by April 27, 2015, we will abate this appeal in accordance with Texas Rule of Appellate Procedure 38.8(b).**

Judge's signature: /s/ Chief Justice Sherry Radack

             ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: April 2, 2015

November 7, 2008 Revision